**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000058
20-JUN-2025
09:19 AM
Dkt. 23 ODSD**

NO. CAAP-25-0000058

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PATRICIA AMANN, Plaintiff-Appellee, v.
SCOT PAUL STEWART and LISA PERRONE, Defendants-Appellants.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DRC-25-0000151)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Defendants-Appellants Scot Paul Stewart (**Stewart**) and Lisa Perrone (collectively, **Appellants**) filed the notice of appeal on February 3, 2025.

(2) The court's May 2, 2025 Order denied Stewart's February 12, 2025 Request for Relief from Court Filing Fees, and directed that within 15 days, Appellants "shall either (i) file in this court a motion for leave to proceed on appeal *in forma pauperis* that complies with HRAP Rule 24(a), or (ii) pay the filing fees in the full amount to the Supreme Court Clerk's Office." The May 2, 2025 Order stated: "Failure to file in this court a motion for leave to proceed on appeal *in forma pauperis* or pay the filing fees may result in the appeal being dismissed."

(3) Appellants have not complied with the May 2, 2025 order, the time for compliance has expired, and Appellants have not paid the appellate filing fee. As a result, the record on appeal has not been prepared.

Therefore, IT IS HEREBY ORDERED that the appeal is

dismissed.  <u>See</u> Hawai'i Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant [to proceed on appeal *in forma pauperis*] to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawai'i June 20, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge